FRANK H. COFER III, ESQ.
Nevada Bar No. 11362
**COFER & GELLER, LLC**
601 South Tenth Street
Las Vegas, Nevada 89101
P: (702) 777-9999
F: (702) 777-9995
*Attorney for Defendant Karapetyan*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>vs.<br><br>DEVIN THOMPSON and VAGE KARAPETYAN,<br><br>*Defendants.* | Case no. 2:16-mj-00487-VCF<br><br>**STIPULATION AND JOINT MOTION TO ACCELERATE INITIAL APPEARANCE** |

Defendant VAGE KARAPETYAN, by and through FRANK H. COFER III, ESQ. of COFER & GELLER, LLC, and Plaintiff THE UNITED STATES OF AMERICA, by and through Assistant United States Attorney ROBERT KNIEF, ESQ., hereby stipulate and jointly move this Court to order that the date for the initial appearance in this matter for Defendant VAGE KARAPETYAN (currently set for Friday, July 22, 2016 at 3:00 pm) be accelerated to Thursday, July 21, 2016 at 3:00 pm or at such other time on that date as is convenient for the Court.

RESPECFULLY SUBMITTED this 20th day of July, 2016, by

| VAGE KARAPETYAN, Defendant | THE UNITED STATES OF AMERICA, Plaintiff |
|---|---|
| */s/ Frank Cofer* | */s/ Robert Knief* |
| FRANK H. COFER III, ESQ.<br>*Attorney for Defendant Karapetyan* | ROBERT KNIEF, ESQ.<br>*Assistant United States Attorney* |

ORDER

IT IS SO ORDERED.

DATED this 20th day of July, 2016.   By: _____
UNITED STATES MAGISTRATE JUDGE

1

**CERTIFICATE OF ELECTRONIC SERVICE**

I HEREBY CERTIFY that counsel for all parties to this action are registered members of the court's electronic filing system, and that on Wednesday, July 20, 2016, a true and correct copy of the foregoing document:

STIPULATION AND JOINT MOTION TO ACCELERATE INITIAL APPEARANCE

was filed with the court's electronic filing system and that service was accomplished automatically.

By: */s/ April Burt*
APRIL B. BURT
An employee of COFER & GELLER, LLC