1  FRANK H. COFER III, ESQ.
   Nevada Bar No. 11362
2  **COFER & GELLER, LLC**
   601 South Tenth Street
3  Las Vegas, Nevada 89101
   P: (702) 777-9999
4  F: (702) 777-9995
5  *Attorney for Defendant Karapetyan*

6             UNITED STATES DISTRICT COURT
7                FOR THE DISTRICT OF NEVADA

8  THE UNITED STATES OF AMERICA,
9           *Plaintiff,*                    Case no. 2:16-mj-00487-VCF
10              vs.
11 DEVIN THOMPSON and VAGE KARAPETYAN,      **STIPULATION AND JOINT MOTION TO ACCELERATE INITIAL APPEARANCE**
12          *Defendants.*

13    Defendant VAGE KARAPETYAN, by and through FRANK H. COFER III, ESQ. of COFER &
14 GELLER, LLC, and Plaintiff THE UNITED STATES OF AMERICA, by and through Assistant
15 United States Attorney ROBERT KNIEF, ESQ., hereby stipulate and jointly move this Court to
16 order that the date for the initial appearance in this matter for Defendant VAGE KARAPETYAN
17 (currently set for Friday, July 22, 2016 at 3:00 pm) be accelerated to Thursday, July 21,
18 2016 at 3:00 pm or at such other time on that date as is convenient for the Court.
19    RESPECFULLY SUBMITTED this 20th day of July, 2016, by

21  VAGE KARAPETYAN, Defendant            THE UNITED STATES OF AMERICA, Plaintiff

22    */s/ Frank Cofer*                      */s/ Robert Knief*
23  FRANK H. COFER III, ESQ.               ROBERT KNIEF, ESQ.
    *Attorney for Defendant Karapetyan*    *Assistant United States Attorney*
24

25                          ORDER
26 IT IS SO ORDERED.
27 DATED this  20th  day of July, 2016.    By: _____
28                                             UNITED STATES MAGISTRATE JUDGE

                              1

**CERTIFICATE OF ELECTRONIC SERVICE**

I HEREBY CERTIFY that counsel for all parties to this action are registered members of the court's electronic filing system, and that on Wednesday, July 20, 2016, a true and correct copy of the foregoing document:

STIPULATION AND JOINT MOTION TO ACCELERATE INITIAL APPEARANCE

was filed with the court's electronic filing system and that service was accomplished automatically.

By: */s/ April Burt*
APRIL B. BURT
An employee of COFER & GELLER, LLC