RACHAEL E. STEWART, ESQ.
Nevada Bar No. 14122
Law Office of Rachael E. Stewart
400 S. 4th Street, Suite 500
Las Vegas, Nevada 89101
Telephone: (702) 772-3260
Facsimile: (702) 552-4761
restewartlaw@gmail.com
*Attorney for Vage Karapetyan*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>VAGE KARAPETYAN,<br><br>        Defendants. | CASE NO: **2:16-cr-00230-GMN-DJA-3**<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br><br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Edward Veronda, Assistant United States Attorney, and Vage Karapetyan by and through his attorney, Rachael E. Stewart, that the Revocation of Supervised Release Hearing currently scheduled for May 30, 2023, at the hour of 11:00 a.m., be continued for a period of sixty days, to a date and time convenient to this Court.

This stipulation is entered for the following reasons:

1. The parties are still in the process of working through the discovery and documents related to the instant revocation proceedings and a potential new case. The new case is related to the instant revocation, and the parties require additional time to work through the issues before proceeding with the revocation hearing.

2. Defense Counsel has spoken with Assistant United States Attorney Edward Veronda, and the Government agrees to the continuance.

3. Defendant Vage Karapetyan is out of custody, and he agrees to the continuance.

4. The additional time requested herein is not sought for purposes of delay.

5. Denial of this request for a continuance would deny the parties sufficient time to prepare for the revocation hearing, taking into account the exercise of due diligence.

6. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the second stipulation to continue the revocation hearing in this case.

DATED this 25th day of May, 2023

Respectfully submitted,

*/s/ Rachael E. Stewart*  
Rachael E. Stewart, Esq.  
Counsel for Vage Karapetyan

*/s/ Edward Veronda*  
Edward Veronda, Esq.  
Assistant United States Attorney  
Counsel for the United States of America

RACHAEL E. STEWART, ESQ.
Nevada Bar No. 14122
Law Office of Rachael E. Stewart
400 S. 4th Street, Suite 500
Las Vegas, Nevada 89101
Telephone: (702) 772-3260
Facsimile: (702) 552-4761
restewartlaw@gmail.com
*Attorney for Vage Karapetyan*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>VAGE KARAPETYAN,<br><br>   Defendants. | CASE NO: **2:16-cr-00230-GMN-DJA-3**<br><br>**ORDER TO CONTINUE REVOCATION HEARING**<br><br>(Second Request) |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The parties are still in the process of working through the discovery and documents related to the instant revocation proceedings and a potential new case. The new case is related to the instant revocation, and the parties require additional time to work through the issues before proceeding with the revocation hearing.

2. Defense Counsel has spoken with Assistant United States Attorney Edward Veronda, and the Government agrees to the continuance.

3. Defendant Vage Karapetyan is out of custody, and he agrees to the continuance.

4. The additional time requested herein is not sought for purposes of delay.

5. Denial of this request for a continuance would deny the parties sufficient time to prepare for the revocation hearing, taking into account the exercise of due diligence.

6. Additionally, denial of this request for continuance could result in a miscarriage of justice.

## CONCLUSION OF LAW

The ends of justice served by granting said continuance outweigh the best interests of the public and the defense, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the defendant sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for the revocation hearing, taking into account the exercise of due diligence.

## ORDER

IT IS THEREFORE ORDERED that the Revocation Hearing scheduled for May 30, 2023, at the hour of 11:00 a.m., be vacated and continued to the 27th day of July, 2023, at the hour of 9:00 a.m. in Las Vegas Courtroom 7D.

DATED AND DONE this __26__ day of ___May___, 202_3_.

_____
UNITED STATES DISTRICT JUDGE