RACHAEL E. STEWART, ESQ.
Nevada Bar No. 14122
Law Office of Rachael E. Stewart
400 S. 4th Street, Suite 500
Las Vegas, Nevada 89101
Telephone: (702) 772-3260
Facsimile: (702) 552-4761
restewartlaw@gmail.com
*Attorney for Vage Karapetyan*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br><br> vs. <br> VAGE KARAPETYAN, <br><br> Defendants. | CASE NO: **2:16-cr-00230-GMN-DJA-3** <br><br><br> **STIPULATION TO CONTINUE REVOCATION HEARING** <br><br> (Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Edward Veronda, Assistant United States Attorney, and Vage Karapetyan by and through his attorney, Rachael E. Stewart, that the Revocation of Supervised Release Hearing currently scheduled for July 27, 2023, at the hour of 9:00 a.m., be continued for a period of sixty days, to a date and time convenient to this Court.

This stipulation is entered for the following reasons:

1.  The Defense requires additional time to process the discovery and review all aspects of both the revocation and the potential new case. The potential new case is tied to the revocation, and the Defense needs additional time before proceeding with the revocation hearing.

1

2. Defense Counsel has spoken with Assistant United States Attorney Edward Veronda, and the Government agrees to the continuance.

3. Defendant Vage Karapetyan is out of custody, and he agrees to the continuance.

4. The additional time requested herein is not sought for purposes of delay.

5. Denial of this request for a continuance would deny the parties sufficient time to prepare for the revocation hearing, taking into account the exercise of due diligence.

6. Additionally, denial of this request for continuance could result in a miscarriage of justice.

DATED this 24th day of July, 2023

Respectfully submitted,

*/s/ Rachael E. Stewart*      */s/ Edward Veronda*
Rachael E. Stewart, Esq.     Edward Veronda, Esq.
Counsel for Vage Karapetyan    Assistant United States Attorney
              Counsel for the United States of America

RACHAEL E. STEWART, ESQ.
Nevada Bar No. 14122
Law Office of Rachael E. Stewart
400 S. 4th Street, Suite 500
Las Vegas, Nevada 89101
Telephone: (702) 772-3260
Facsimile: (702) 552-4761
restewartlaw@gmail.com
*Attorney for Vage Karapetyan*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>　　　vs.<br>VAGE KARAPETYAN,<br><br>　　　　　Defendants. | CASE NO: **2:16-cr-00230-GMN-DJA-3**<br><br>**ORDER TO CONTINUE REVOCATION HEARING**<br><br>　(Third Request) |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1.　　The Defense requires additional time to process the discovery and review all aspects of both the revocation and the potential new case. The potential new case is tied to the revocation, and the Defense needs additional time before proceeding with the revocation hearing.

2.　　Defense Counsel has spoken with Assistant United States Attorney Edward Veronda, and the Government agrees to the continuance.

3.　　Defendant Vage Karapetyan is out of custody, and he agrees to the continuance.

4.　　The additional time requested herein is not sought for purposes of delay.

3

1

2

5.      Denial of this request for a continuance would deny the parties sufficient time to prepare for the revocation hearing, taking into account the exercise of due diligence.

3

4

6.      Additionally, denial of this request for continuance could result in a miscarriage of justice.

5

6

### CONCLUSION OF LAW

7

8

9

10

11

12

The ends of justice served by granting said continuance outweigh the best interests of the public and the defense, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the defendant sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for the revocation hearing, taking into account the exercise of due diligence.

13

### ORDER

14

15

16

17

IT IS THEREFORE ORDERED that the Revocation Hearing scheduled for July 27, 2023, at the hour of 9:00 a.m., be vacated and continued to the _29th_ day of _September_, 2023, at the hour of _9:00 a.m._.

18

DATED AND DONE this _24_ day of _July_, 2023.

19

20

21

_____

UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

4